# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Kirschner v. JP Morgan Chase Bank, N.A.    Docket No.: 21-2726

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: John R. Rady

Firm: Securities and Exchange Commission

Address: 100 F Street, N.E., Washington, D.C., 20549

Telephone: 202-551-4997    Fax:

E-mail: radyjo@sec.gov

Appearance for: Securities and Exchange Commission / Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Neither party )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ John R. Rady

Type or Print Name: John R. Rady