# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand twenty-three.

Before:     Joseph F. Bianco,
                   *Circuit Judge,*

_____

Marc S. Kirschner, solely in his capacity as Trustee of The Millenium Lender Claim Trust,

        Plaintiff-Appellant,

v.

JP Morgan Chase Bank, N.A., JP Morgan Securities LLC, Citibank, N.A., Bank of Montreal, BMO Capital Markets Corp., SunTrust Robinson Humphrey, Inc., SunTrust Bank, Citigroup Global Markets Inc.,

        Defendants-Appellees.

**ORDER**

Docket No. 21-2726

_____

    The Securities and Exchange Commission requests an extension of time until June 27, 2023 to file a response to the Court's order dated March 16, 2023.

    IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court