# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of March, two thousand twenty-three.

Before:     Joseph F. Bianco,
                *Circuit Judge,*

_____

| | |
|---|---|
| Marc S. Kirschner, solely in his capacity as Trustee of The Millenium Lender Claim Trust, | **ORDER** |
|     Plaintiff-Appellant, | Docket No. 21-2726 |
| v. | |
| JP Morgan Chase Bank, N.A., JP Morgan Securities LLC, Citibank, N.A., Bank of Montreal, BMO Capital Markets Corp., SunTrust Robinson Humphrey, Inc., SunTrust Bank, Citigroup Global Markets Inc., | |
|     Defendants-Appellees. | |

_____

    The parties jointly move for an extension until July 27, 2023 to file responses to the Securities and Exchange Commission's ("SEC") submission.

    IT IS HEREBY ORDERED that the motion is GRANTED. The responsive briefs for each side shall be limited to the same number of words as contained in the SEC's brief.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court