

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| **OFFICE OF THE GENERAL COUNSEL** | **Megan Barbero**<br>202-551-7803<br>barberom@sec.gov |

July 18, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Kirschner v. JP Morgan Chase Bank, N.A.*, No. 21-2726

Dear Ms. Wolfe:

  On March 16, 2023, following oral argument in the above-referenced appeal, the Court issued an order soliciting the Securities and Exchange Commission's views on whether "the syndicated term loan notes at issue in this appeal are securities under *Reves v. Ernst & Young*, 494 U.S. 56 (1990)." Dkt. 170. As the Court acknowledged in its order, the Court "ha[s] not previously considered whether this type of note is a security." *Id.*

  At the Commission's request, the Court extended the time for the Commission to file such a brief until today, July 18, 2023. Dkt. 204. Despite diligent efforts to respond to the Court's order and provide the Commission's views, the staff is unfortunately not in a position to file a brief on behalf of the Commission in this matter. We greatly appreciate the Court's indulgence and regret any inconvenience this may have caused the Court or the parties.

          Sincerely,

          *Megan Barbero*

          Megan Barbero
          General Counsel
          Securities and Exchange Commission

cc: Counsel for all participants (service via CM/ECF)