# 21-2726

## United States Court of Appeals
FOR THE SECOND CIRCUIT
Docket No. 21-2726

---

Marc S. Kirschner, solely in his capacity as
Trustee of The Millennium Lender Claim Trust,

*Plaintiff-Appellant,*

v.

JP Morgan Chase Bank, N.A., JP Morgan Securities LLC, Citibank, N.A.,
Bank of Montreal, BMO Capital Markets Corp.,
SunTrust Robinson Humphrey, Inc., SunTrust Bank,
Citigroup Global Markets Inc.,

*Defendants-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,
NO. 17 CIV. 6334, HON. PAUL G. GARDEPHE PRESIDING

---

### APPELLANT'S RESPONSE TO THE SUBMISSION OF
### THE SECURITIES AND EXCHANGE COMMISSION

---

MCKOOL SMITH P.C.
Christopher P. Johnson
Kyle A. Lonergan
Joshua J. Newcomer
Grant L. Johnson
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400

*Attorneys for Plaintiff-Appellant*

Pursuant to the Court's March 16, 2023 order ("Order"), Appellant responds to the submission of the Securities and Exchange Commission ("SEC").

The District Court relied heavily upon Appellees' argument that the Millennium Notes were like those that *Banco Español* held were not securities. The Order stated that the issue is whether the Notes "are securities" under *Reves* and, as the SEC noted, acknowledged that the Court "ha[s] not previously considered whether this type of note is a security." In short, *Banco Espanol* does not control the question presented under *Reves*.

The SEC's statement that "[d]espite diligent efforts to respond to the Court's Order and provide the Commission's views," it was "not in a position" to do so buttresses Appellant's position that a complete factual record must be developed addressing each of the *Reves* factors. Accordingly, the Court should reverse and remand to develop an appropriate factual record.

Respectfully submitted,

By: /s/ *Christopher P. Johnson*
Christopher P. Johnson
Kyle A. Lonergan
Joshua J. Newcomer
Grant L. Johnson
**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York, 10001-8603
cpjohnson@mckoolsmith.com
klonergan@mckoolsmith.com
jnewcomer@mckoolSmith.com
gjohnson@mckoolSmith.com

*Attorneys for Plaintiff-Appellant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on August 1, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: August 1, 2023            /s/ *Christopher P. Johnson*
                                 Christopher P. Johnson

                                 *Attorney for Plaintiff-Appellant*